UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81564-CIV-MIDDLEBROOKS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**THE FRESH MARKET, INC.,**
**a foreign for-profit corporation,**

    Defendant.
_____/

### NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby gives notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties ten (10) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Brian C. Blair, Esq.
BAKER HOSTETLER
200 South Orange Avenue, Suite 2300
Orlando, FL  32801
(407) 649-4050
bblair@bakerlaw.com

*Attorneys for Defendant*
*THE FRSH MARKET, INC.*

/s/ *Roderick V. Hannah*
      Roderick V. Hannah