UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81564-CIV-MIDDLEBROOKS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**THE FRESH MARKET, INC.,**
**a foreign for-profit corporation,**

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant THE FRESH MARKET, INC. as to all of his claims in this action *with prejudice,* with the parties to bear his/their own costs and attorney's fees.

Dated:  November 16, 2022

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By     *s/ Roderick V. Hannah*         | By     *s/ Pelayo M. Duran*         |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 014659 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Brian C. Blair, Esq.
BAKER HOSTETLER
200 South Orange Avenue, Suite 2300
Orlando, FL  32801
(407) 649-4050
bblair@bakerlaw.com

*Attorneys for Defendant*
*THE FRESH MARKET, INC.*

/s/ *Roderick V. Hannah*
    Roderick V. Hannah