**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 22-81564-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

    Plaintiff,

v.

THE FRESH MARKET, Inc.,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon Plaintiff' Notice of Voluntary Dismissal with prejudice filed on November 16, 2022. (DE 9). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Petitioners may voluntarily dismiss a claim by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that **DISMISSED WITH PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 18 day of November 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record